# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01408-NYW

TASHA DOBBS,

      Plaintiff,

v.

HEALTHCARE COLLECTIONS LTD, LLC, and
A-1 COLLECTIONS, LLC,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Magistrate Judge Nina Y. Wang

      This matter is before the court pursuant to 28 U.S.C. § 636(c) and the Order Referring Case [#10], and on the Parties' Stipulated Motion to Dismiss with Prejudice. [#22, filed November 1, 2017]. Having reviewed the file and being fully advised in the premises, **IT IS ORDERED** that:

      (1)     The Stipulated Motion to Dismiss with Prejudice [#22] is **GRANTED**; and

      (2)     This action is **DISMISSED WITH PREJUDICE**, with each party to pay its own costs and attorney fees.

DATED: November 1, 2017          BY THE COURT:

                             s/Nina Y. Wang_____
                             United States Magistrate Judge